Peter Bowe, as Sheriff et al., Appellants, *v.* John H. V. Arnold, Individually, and as Assignee, etc., et al., Respondents.

(Argued January 27, 1886; decided February 12, 1886.)

*Walter Howe* for appellants.

*John H. V. Arnold* for respondents.

Agree to affirm on opinion of Daniels, J., in court below.
All concur.
Judgment affirmed.